IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clark, Isaac

Printed: 01/22/09

Case Number: 07 B 23699
Judge: Hollis, Pamela S
Filed: 12/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 8, 2008
Confirmed: February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,000.00 |  |
| Secured: |  | 3,504.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,138.50 |
| Trustee Fee: |  | 357.00 |
| Other Funds: |  | 0.00 |
| Totals: | 6,000.00 | 6,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,138.50 | 2,138.50 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Islander Condominium Of Blue Island | Secured | 1,638.04 | 172.25 |
| 4. | America's Servicing Co | Secured | 9,883.33 | 3,332.25 |
| 5. | Internal Revenue Service | Priority | 39,291.15 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 376.95 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 494.29 | 0.00 |
| 8. | Capital One | Unsecured | 1,050.43 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 592.42 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,214.24 | 0.00 |
| 11. | Capital One | Unsecured | 1,660.12 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 10,540.69 | 0.00 |
| 13. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 14. | GC Services | Unsecured |  | No Claim Filed |
| 15. | American Express | Unsecured |  | No Claim Filed |
| 16. | H & F Law Offices | Unsecured |  | No Claim Filed |
| 17. | Islander Condominium Of Blue Island | Unsecured |  | No Claim Filed |
|  |  |  | $ 68,880.16 | $ 5,643.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 162.00 |
| 6.5% | 195.00 |
|  | $ 357.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Clark, Isaac | Case Number:  07 B 23699 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  12/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

